## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GILBERT SEDILLO,

    Plaintiff,

v.                                        No. 26-cv-0034 WJ-KRS

OLIVIA BANGO,

    Defendant.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* following Plaintiff's apparent release from custody. Plaintiff filed his Letter-Complaint (Doc. 1) while incarcerated at the Metropolitan Detention Center (MDC) in Albuquerque, New Mexico. The MDC inmate locator website reflects Plaintiff is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://viaintfacep2.bernco.gov/custodylist/Results (last visited June 2, 2026).

Accordingly, **IT IS ORDERED** that Plaintiff shall notify the Clerk in writing of his new address within thirty (30) days of entry of this Order. The failure to timely comply may result in dismissal of this action without further notice.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE